# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

**FILED**
OCT 2 4 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK



UNITED STATES OF AMERICA,

　　　　　Plaintiff,

　　v.

DANNY MICHAEL SHATSWELL JR.

　　　　　Defendant.

CR NO: 2:12-CR-271 TLN

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum　　　☐ Ad Testificandum

Name of Detainee: DANNY MICHAEL SHATSWELL JR.
Detained at: NORTH KERN STATE PRISON
Detainee is:
　a.) ☐ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint
　　　charging detainee with: Production of CP
　or
　b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
　a.) ☐ return to the custody of detaining facility upon termination of proceedings
　or
　b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary on November 25, 2013 in the Eastern District of California.*

Signature: /s/ Michelle Rodriguez
Printed Name & Phone No: MICHELLE RODRIGUEZ
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum　　　☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, or [on and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: 10/24/13

_____
Honorable Dale A. Drozd
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | Danny Shatwell | ☒Male ☐Female | |
| Booking or CDC #: | AR4579 | DOB: | 12/02/1970 |
| Facility Address: | 2737 W CECIL AVE, DELANO CA 93215 | Race: | |
| Facility Phone: | (661)721-2345 | FBI#: | 100109KA6 |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____   _____
　　　　　　　　　　　　　　　　　　　　　　　(signature)