Kresta Nora Daly, SBN 199689
**BARTH TOZER & DALY LLP**
431 "I" Street, Suite 201
Sacramento, California 95814
Telephone: (916) 440-8600
Facsimile:  (916) 440-9610
Email:  kdaly@btdlegal.com

Attorneys for Defendant
DANNY MICHAEL SHATSWELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DANNY MICHAEL SHATSWELL,<br><br>    Defendant. | Case No. 2:12-cr-00271-TLN<br><br>**STIPULATION AND ORDER** |

It is hereby stipulated and agreed to between the United States of America through Michelle Rodriguez, Assistant United States Attorney, and defendant, Danny Michael Shatswell, through his counsel, Kresta Nora Daly, that the status conference set for February 13, 2014 be vacated.  The parties request a new status conference for April 10, 2014, at 9:30 a.m.

The parties are engaged in negotiations.  The defense requires additional time to review several legal issues presented by the discovery.

The parties stipulate time should be excluded pursuant to Local Code T4 for preparation of counsel.  The parties further stipulate this continuance is necessary in furtherance of justice and outweighs the interests of the defendant and the public for a speedy trial.

///

///

///

1 | Dated: February 11, 2014 | Respectfully submitted,
2 | | BARTH TOZER & DALY LLP
3 |
4 | | By  /s/ Kresta Nora Daly
  | | KRESTA NORA DALY
  | | Attorneys for DANNY MICHAEL SHATSWELL
5 |
6 |
7 | Dated: February 11, 2014 | By  /s/ Kresta Nora Daly for
  | | MICHELLE RODRIGUEZ
  | | Assistant United States Attorney
8 |
9 |
10 |
11 | **ORDER**
12 | For the reasons stipulated by the parties the status conference of February 13, 2014 is
13 | vacated. A status conference will be reset for April 10, 2014, at 9:30 a.m. The Court finds
14 | excludable time through April 10, 2014 under Title 18, United States Code Section (h)(7)(B)(iv)
15 | and Local Code T4 to allow for preparation and continuity of counsel. The Court finds that the
16 | interest of justice served by granting the request outweighs the best interests of the public and the
17 | defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(iv).
18 | **IT IS SO ORDERED.**
19 | Dated: February 11, 2014

Troy L. Nunley
United States District Judge

STIPULATION AND ORDER                                   [Case No. 12-CR-00271-TLN]