Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
431 "I" Street, Suite 201
Sacramento, California 95814
Telephone: (916) 440-8600
Facsimile:  (916) 440-9610
Email:  kdaly@barth-daly.com

Attorneys for Defendant
DANNY MICHAEL SHATSWELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-CR-00271-TLN |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER** |
| DANNY MICHAEL SHATSWELL, | |
| Defendant. | |

It is hereby stipulated and agreed to between the United States of America through Michelle Rodriguez, Assistant United States Attorney, and defendant, Danny Michael Shatswell, through his counsel, Kresta Nora Daly, that the status conference set for April 10, 2014 be vacated.  The parties request a new status conference for May 29, 2014, at 9:30 a.m.

The parties are engaged in negotiations.  The defense requires additional time to review several legal issues presented by the discovery.

The parties stipulate time should be excluded pursuant to Local Code T4 for preparation of counsel.  The parties further stipulate this continuance is necessary in furtherance of justice and outweighs the interests of the defendant and the public for a speedy trial.

///

///

///

BARTH DALY LLP
ATTORNEYS AT LAW
SACRAMENTO, CALIFORNIA

1    Dated:  April 8, 2014                    Respectfully submitted,

2                                             BARTH TOZER & DALY LLP

3
                                             By    /s/ Kresta Nora Daly
4                                                  KRESTA NORA DALY
                                                   Attorneys for DANNY MICHAEL SHATSWELL
5

6
     Dated:  April 8, 2014                    By    /s/ Kresta Nora Daly for
7                                                  MICHELLE RODRIGUEZ
                                                   Assistant United States Attorney
8

9

10

11                                    **<u>ORDER</u>**

12          For the reasons stipulated by the parties the status conference of April 10, 2014 is vacated.

13   A status conference will be reset for May 29, 2014, at 9:30 a.m.  The Court finds excludable time

14   through May 29, 2014 under Title 18, United States Code Section (h)(7)(B)(iv) and Local Code

15   T4 to allow for preparation and continuity of counsel.  The Court finds that the interest of justice

16   served by granting the request outweighs the best interests of the public and the defendant in a

17   speedy trial.  18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(iv).

18          **IT IS SO ORDERED.**

19   Dated: April 8, 2014

20

21

22                                    _____
                                     Troy L. Nunley
23                                    United States District Judge

24

25

26

27

28

BARTH DALY LLP
ATTORNEYS AT LAW
SACRAMENTO, CALIFORNIA