1  Kresta Nora Daly, SBN 199689
   **BARTH DALY LLP**
2  431 "I" Street, Suite 201
   Sacramento, California 95814
3  Telephone: (916) 440-8600
   Facsimile:  (916) 440-9610
4  Email:  kdaly@barth-daly.com

5  Attorneys for Defendant
   DANNY MICHAEL SHATSWELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-CR-00271-TLN |
| Plaintiff, | **STIPULATION AND ORDER** |
| v. | |
| DANNY MICHAEL SHATSWELL, | |
| Defendant. | |

It is hereby stipulated and agreed to between the United States of America through Michelle Rodriguez, Assistant United States Attorney, and defendant, Danny Michael Shatswell, through his counsel, Kresta Nora Daly, that the status conference set for July 31, 2014 be vacated. The parties request a new status conference for September 25, 2014, at 9:30 a.m.

The parties are engaged in negotiations.  The defense requires additional time to review and investigate.

///

///

///

///

///

///

The parties stipulate time should be excluded pursuant to Local Code T4 for preparation of counsel.  The parties further stipulate this continuance is necessary in furtherance of justice and outweighs the interests of the defendant and the public for a speedy trial.

Dated:  July 29, 2014.           Respectfully submitted,

BARTH DALY LLP

By     /s/ Kresta Nora Daly
       KRESTA NORA DALY
       Attorneys for DANNY MICHAEL SHATSWELL

Dated:  July 29, 2014.           By     /s/ Kresta Nora Daly for
                                        MICHELLE RODRIGUEZ
                                        Assistant United States Attorney

### ORDER

For the reasons stipulated by the parties the status conference of July 31, 2014 is vacated.  A status conference will be reset for September 25, 2014, at 9:30 a.m.  The Court finds excludable time through September 25, 2014 under Title 18, United States Code Section (h)(7)(B)(iv) and Local Code T4 to allow for preparation and continuity of counsel.  The Court finds that the interest of justice served by granting the request outweighs the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(iv).

**IT IS SO ORDERED.**

Dated:  July 30, 2014

_____
Troy L. Nunley
United States District Judge