Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
431 "I" Street, Suite 201
Sacramento, California 95814
Telephone: (916) 440-8600
Facsimile:  (916) 440-9610
Email:  kdaly@barth-daly.com

Attorneys for Defendant
DANNY MICHAEL SHATSWELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:12-CR-00271-TLN |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER** |
| v. | |
| DANNY MICHAEL SHATSWELL, | |
| Defendant. | |

It is hereby stipulated and agreed to between the United States of America through Michelle Rodriguez, Assistant United States Attorney, and defendant, Danny Michael Shatswell, through his counsel, Kresta Nora Daly, that the status conference set for December 4, 2014 be vacated.  The parties request a new status conference for January 15, 2015, at 9:30 a.m.

The parties are engaged in negotiations.  The defense requires additional time to review and investigate.

///

///

///

///

///

///

- 1 -

STIPULATION AND ORDER [Case No. 2:12-CR-00271-TLN]

The parties stipulate time should be excluded pursuant to Local Code T4 for preparation of counsel.  The parties further stipulate this continuance is necessary in furtherance of justice and outweighs the interests of the defendant and the public for a speedy trial.

Dated:  November 26, 2014.        Respectfully submitted,

BARTH DALY LLP

By    /s/ Kresta Nora Daly
      KRESTA NORA DALY
      Attorneys for DANNY MICHAEL SHATSWELL

Dated:  November 26, 2014.    By    /s/ Kresta Nora Daly for
      MICHELLE RODRIGUEZ
      Assistant United States Attorney

**ORDER**

For the reasons stipulated by the parties the status conference of December 4, 2014 is vacated.  A status conference will be reset for January 15, 2015.  The Court finds excludable time through January 15, 2015 under Title 18, United States Code Section (h)(7)(B)(iv) and Local Code T4 to allow for preparation and continuity of counsel.  The Court finds that the interest of justice served by granting the request outweighs the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(iv).

**IT IS SO ORDERED.**

Dated:  December 1, 2014

_____
Troy L. Nunley
United States District Judge