1  Kresta Nora Daly, SBN 199689
   **BARTH DALY LLP**
2  431 "I" Street, Suite 201
   Sacramento, California 95814
3  Telephone: (916) 440-8600
   Facsimile:  (916) 440-9610
4  Email:  kdaly@barth-daly.com

5  Attorneys for Defendant
   DANNY MICHAEL SHATSWELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:12-CR-00271-TLN |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER** |
| v. | |
| DANNY MICHAEL SHATSWELL, | |
| Defendant. | |

It is hereby stipulated and agreed to between the United States of America through Michelle Rodriguez, Assistant United States Attorney, and defendant, Danny Michael Shatswell, through his counsel, Kresta Nora Daly, that the sentencing date of June 4, 2015 be vacated. The parties request a new sentencing date of July 9, 2015.

///
///
///
///
///
///
///
///

STIPULATION AND ORDER        1                    [Case No. 2:12-CR-00271-TLN]

Dated:  May 26, 2015           Respectfully submitted,

BARTH DALY LLP

By     /s/ Kresta Nora Daly
       KRESTA NORA DALY
       Attorneys for DANNY MICHAEL SHATSWELL

Dated:  May 26, 2015    By     /s/ Kresta Nora Daly for
                               MICHELLE RODRIGUEZ
                               Assistant United States Attorney

**ORDER**

For the reasons stipulated by the parties the sentencing date of June 4, 2015 is vacated.  A new sentencing date will be reset for July 9, 2015, at 9:30 a.m.

**IT IS SO ORDERED.**

Dated:  May 26, 2015

_____
Troy L. Nunley
United States District Judge