Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
431 "I" Street, Suite 201
Sacramento, California 95814
Telephone: (916) 440-8600
Facsimile:  (916) 440-9610
Email:  kdaly@barth-daly.com

Attorneys for Defendant
DANNY MICHAEL SHATSWELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>DANNY MICHAEL SHATSWELL,<br><br>             Defendant. | Case No. 2:12-CR-00271-TLN<br><br>**STIPULATION AND ORDER** |

It is hereby stipulated and agreed to between the United States of America through Michelle Rodriguez, Assistant United States Attorney, and defendant, Danny Michael Shatswell, through his counsel, Kresta Nora Daly, that the sentencing date of July 9, 2015 be vacated.  The parties request a new sentencing date of August 20, 2015.

1. The Presentence report has been filed with the Court and disclosed to Counsel.
2. Motion for correction of the Presentence Report shall be filed with the Court and Served on the Probation Officer and Opposing Counsel no later than August 6, 2015.
3. Any replies or statements of non-opposition shall be filed with the Court and served on the Probation Officer and Opposing Counsel no later than August 13, 2015.

///

Dated: June 12, 2015               Respectfully submitted,

                                   BARTH DALY LLP


                                   By  /s/ Kresta Nora Daly
                                       KRESTA NORA DALY
                                       Attorneys for DANNY MICHAEL SHATSWELL


Dated: June 12, 2015               By  /s/ Kresta Nora Daly for
                                       MICHELLE RODRIGUEZ
                                       Assistant United States Attorney


**ORDER**

For the reasons stipulated by the parties the sentencing date of July 9, 2015 is vacated. A new sentencing date will be reset for August 20, 2015.

**IT IS SO ORDERED.**

Dated: June 18, 2015

                                   Troy L. Nunley
                                   United States District Judge