1  Kresta Nora Daly, SBN 199689
   **BARTH DALY LLP**
2  431 "I" Street, Suite 201
   Sacramento, California 95814
3  Telephone: (916) 440-8600
   Facsimile:  (916) 440-9610
4  Email:  kdaly@barth-daly.com

5  Attorneys for Defendant
   DANNY MICHAEL SHATSWELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:12-CR-00271-TLN |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER** |
| v. | |
| DANNY MICHAEL SHATSWELL, | |
| Defendant. | |

It is hereby stipulated and agreed to between the United States of America through Michelle Rodriguez, Assistant United States Attorney, and defendant, Danny Michael Shatswell, through his counsel, Kresta Nora Daly, that the sentencing date of September 3, 2015 be vacated. The parties request a new sentencing date of September 10, 2015.

1. The Presentence report has been filed with the Court and disclosed to Counsel.
2. Motion for correction of the Presentence Report shall be filed with the Court and Served on the Probation Officer and Opposing Counsel no later than August 27, 2015.
3. Any replies or statements of non-opposition shall be filed with the Court and served on the Probation Officer and Opposing Counsel no later than September 3, 2015.

///

///

///

STIPULATION AND ORDER        1              [Case No. 2:12-CR-00271-TLN]

1  Dated: July 29, 2015                Respectfully submitted,

2                                      BARTH DALY LLP

3
4                                      By    /s/ Kresta Nora Daly
                                             KRESTA NORA DALY
5                                            Attorneys for DANNY MICHAEL SHATSWELL

6
   Dated: July 29, 2015                By    /s/ Kresta Nora Daly for
7                                            MICHELLE RODRIGUEZ
                                             Assistant United States Attorney
8

9

10

11                                     **ORDER**

12      For the reasons stipulated by the parties the sentencing date of September 3, 2015 is

13  vacated.  A new sentencing date will be reset for September 10, 2015, at 9:30 a.m.

14

15           **IT IS SO ORDERED.**

16  Dated: July 30, 2015

17                                     _____
                                       Troy L. Nunley
18                                     United States District Judge

19

20

...