BENJAMIN B. WAGNER
United States Attorney
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:12-CR-00271-TLN |
|---|---|
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| DANNY MICHAEL SHATSWELL, JR., | |
| Defendant. | |

WHEREAS, on April 30, 2015, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253, based upon the plea agreement entered into between plaintiff and defendant Danny Michael Shatswell, Jr., forfeiting to the United States the following property:

    a. Sandisk pouch containing two compact flash cards, 4 gigabytes each;
    b. Western Digital Hard Drive, Serial No. S10NJDWQ805164;
    c. Sony DSLR camera A350; and
    d. Dell Tower computer and Western Digital HDD, SN WCAP W1537033, with two optical drives and one floppy disk.

AND WHEREAS, beginning on May 14, 2015, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal

interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of Danny Michael Shatswell, Jr.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED this 22nd day of September, 2015.

_____
Troy L. Nunley
United States District Judge