1  MCGREGOR W. SCOTT
   United States Attorney
2  MICHELLE RODRIGUEZ
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5
6  Attorneys for Plaintiff
   United States of America
7

8                     IN THE UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,           CASE NO. 2:12-CR-00271-TLN-CKD

12 |                  Plaintiff,         ORDER SEALING DOCUMENTS AS SET FORTH
                                         IN UNITED STATES' MOTION
13 |          v.

14 | DANNY M. SHATSWELL, JR.,

15 |                  Defendant.

16

17       Pursuant to Local Rule 141(b), 18 U.S.C. § 3509(d)(1)-(2) and the United States' Motion to Seal,

18 IT IS HEREBY ORDERED that the defendant's so-called "Judicial Notice" filed at ECF No. 66, shall

19 be SEALED until further order of this Court. In entering this Order, the Court has considered the factors

20 set forth in Oregonian Publishing Co. v. U.S. District Court for the District of Oregon, 920 F.2d 1462

21 (9th Cir. 1990). Further, IT IS HEREBY ORDERED that the Court maintain the defendant's original

22 filing under seal, and that it place on the public docket the redacted version of the filing. (attached to the

23 United States' motion to seal).

24 Dated: July 16, 2019

25                                          _____
                                            CAROLYN K. DELANEY
26                                          UNITED STATES MAGISTRATE JUDGE

27

28

                                                    1