UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  Respondent,  v.  DANNY MICHAEL SHATSWELL, JR.,  Movant. | No. 2:12-cr-00271-TLN-CKD-1  **ORDER** |

Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 3, 2020, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 76.) Movant has filed objections to the findings and recommendations. (ECF No. 77.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis. The record in this case demonstrates that Movant has access to the Courts despite his incarceration at the Santa Rita Jail. *See Massie ex rel. Kroll v. Woodford*, 244 F.3d 1192, 1194

(9th Cir. 2001); *see also* ECF Nos. 74 (Letter from Danny Michael Shatswell), 75 (Change of Address filed by Danny Michael Shatswell).  Nor is there sufficient evidence in the record demonstrating any mental impairment of Movant which rises to the level of a lack of mental capacity.  *See Massie*, 244 F.3d at 1194.  As a result, Movant's sister has not demonstrated next friend standing to file the pending § 2255 motion.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 3, 2020 (ECF No. 76), are ADOPTED IN FULL;

2. Respondent's Motion to Dismiss (ECF No. 67) is GRANTED;

3. Movant's Motion to Vacate, Set Aside, or Correct his sentence (ECF No. 62) is DISMISSED without prejudice based on lack of jurisdiction;

4. The Court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253; and

5. The Clerk of the Court is directed to close the companion civil case, No. 2:19-cv-00869-TLN-CKD and to enter judgment.

IT IS SO ORDERED.

DATED:  May 6, 2020

Troy L. Nunley
United States District Judge

2